1  Thiago Coelho, SBN 324715
2  thiago@wilshirelawfirm.com
   Jasmine Behroozan, SBN 325761
3  jasmine@wilshirelawfirm.com
4  **WILSHIRE LAW FIRM**
   3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
6  Telephone: (213) 381-9988f
   Facsimile: (213) 381-9989
7

8  *Attorneys for Plaintiff and Proposed Class*

9              **UNITED STATES DISTRICT COURT**

10

11          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12 | THUY THANH ALONZO,                | Case No.: 2:21-cv-06421-FLA-AGR
   | individually and on behalf of all |
13 | others similarly situated,        |
                                       | Honorable Judge Fernando L. Aenlle-
14 |                  Plaintiff,       | Rocha
                                       | Magistrate Judge Alicia G. Rosenberg
15 |        v.                         | Courtroom 6B, 6th Floor
16 |                                   |
17 | ANN SACKS TILE AND STONE,         | **NOTICE OF SETTLEMENT**
   | INC., an Oregon corporation; and  |
18 | DOES 1 to 10, inclusive,          | Complaint Filed: August 9, 2021
19 |                                   | Trial Date: None
20 |                  Defendants.      |
21
22
23
24
25
26
27
28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

Plaintiff, Thuy Thanh Alonzo ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis.  A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is not finalized.

Dated: December 15, 2021                         Respectfully Submitted,


                                                 */s/ Thiago M. Coelho*
                                                 Thiago M. Coelho
                                                 **WILSHIRE LAW FIRM**
                                                 *Attorneys for Plaintiff and*
                                                 *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 15, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: December 15, 2021

*/s/ Thiago M. Coelho*
Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137