JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO,<br><br>                     Plaintiff,<br><br>         v.<br><br>ANN SACKS TILE AND STONE, INC., et al.<br><br>                     Defendants. | Case No. 2:21-cv-06421-FLA (AGRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [DKT. 23]** |

On December 15, 2021, Plaintiff Thuy Thanh Alonzo ("Plaintiff") filed a Notice of Settlement, stating the parties had settled Plaintiff's claims on an individual basis. Dkt. 23. Plaintiff further states a notice of dismissal of Plaintiff's individual claims in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement. *Id.* Having considered the Notice of Settlement and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are vacated.
2. The court DISMISSES the action. The court specifically notes that the dismissal of the class claims is without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within 45 days

1

from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 45-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a stipulation of dismissal of Plaintiff Thuy Thanh Alonzo's claims with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 45-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: December 16, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge